# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**SUCXESS LLC,**

                                                                                                         Case No. 1:19-cv-00679-LPS

      **Plaintiff,**

        v.

**VOYAGE AUTO, INC.,**

      **Defendant**

---

## NOTICE OF DISMISSAL

    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Sucxess LLC hereby give notice that the above-captioned action is hereby dismissed with prejudice.

Dated: June 17, 2019                                         Respectfully submitted,

| | |
|---|---|
| *Of Counsel:* | */s/ George Pazuniak* |
| Maxwell Goss | George Pazuniak (DE Bar 478) |
| Maxwell Goss, PLLC | O'Kelly Ernst & Joyce, LLC |
| 370 E. Maple Road, Third Floor | 901 N. Market St. |
| Birmingham, Michigan 48009 | Suite 1000 |
| Office: (248) 266-5879 | Wilmington, DE 19801 |
| max@maxwellgoss.com | Tel: 302-478-4230 |
| | Email: GP@del-iplaw.com |
| | |
| | ***Attorneys for Plaintiff*** |